# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RIGGS TECHNOLOGY HOLDINGS, LLC**  )<br>**Plaintiff**                                )<br>                                         )<br>**v.**                                      )<br>**RELIAS LEARNING LLC DBA**    )<br>**CONTINUINGEDUCATION.COM** )<br>**Defendant.**                           ) | Civil Action No. 1:21-cv-06229<br><br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Riggs Technology Holdings, LLC ("Riggs") files this Original Complaint and demand for jury trial seeking relief from patent infringement of the claims of U.S. Patent No. 7,299,067 ("the '067 patent") (referred to as the "Patent-in-Suit") by Relias Learning LLC dba continuingeducation.com ("Relias").

**I.     THE PARTIES**

1.     Plaintiff Riggs is a New Mexico Limited Liability Company with its principal place of business located in Bernalillo County, New Mexico.

2.     On information and belief, Relias is a corporation existing under the laws of the State of Delaware, with a principal place of business located at 1745 Broadway, New York, NY 10019. On information and belief, Relias sells and offers to sell products and services throughout New York, including in this judicial district, and introduces products and services that perform infringing methods or processes into the stream of commerce knowing that they would be sold in New York and this judicial district. Relias may be served through their registered agent Corporation Service Company, 80 State St, Albany, New York 12207.

**II.    JURISDICTION AND VENUE**

3.    This Court has original subject-matter jurisdiction over the entire action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claim arises under an Act of Congress relating to patents, namely, 35 U.S.C. § 271, et. seq.

4.    This Court has personal jurisdiction over Defendant because: (i) Defendant is present within or has minimum contacts within the State of New York and this judicial district; (ii) Defendant has purposefully availed itself of the privileges of conducting business in the State of New York and in this judicial district; and (iii) Plaintiff's cause of action arises directly from Defendant's business contacts and other activities in the State of New York and in this judicial district.

5.    Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b). Defendant has committed acts of infringement and has a regular and established place of business in this District. Further, venue is proper because Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in New York and this District.

**III.    INFRINGEMENT**

**A.    Infringement of the '067 Patent**

6.    On November 20, 2007, U.S. Patent No. 7,299,067 ("the '067 patent", attached as Exhibit A) entitled "Methods and Systems for Managing the Provision of Training Provided Remotely Through Electronic Data Networks to Users of Remote Electronic Devices" was duly and legally issued by the U.S. Patent and Trademark Office. Riggs owns the '067 patent by assignment.

7. The '067 patent relates to a novel and improved methods and systems for providing and managing training remotely.

8. Relias maintains, operates, and administers online and software based training platforms, products and services that facilitate remote training that infringes one or more claims of the '067 patent, including one or more of claims 1-18, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '067 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

9. Support for the allegations of infringement may be found in the following preliminary table:

| Claim 1 | |
|---|---|
| [1.1] A method of managing training completed remotely at a hand held device, said method comprising the step of: | To the extent the preamble is limiting, Relias performs and induces others to perform a method of managing training completed remotely at a hand held device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Relias provides ContinuingEducation.com platform using which a user takes and completes multiple online courses ("training") remotely through mobile devices including but not limited to phone, tablet and/or laptop ("handheld device"). Relias manages online courses taken by the user by tracking user's activities, progress and maintaining a record of all the courses completed by the user.<br><br><br><br>Source: https://www.continuingeducation.com/<br><br>Source: https://www.continuingeducation.com/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |

| | |
|---|---|
| [1.2] receiving at a training server training data transmitted to the training server through a data network from a user of a hand held device, the training data representing training taken by the user at hand held device; | Relias performs the step of receiving at a training server training data transmitted to the training server through a data network from a user of a hand held device, the training data representing training taken by the user at hand held device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, ContinuingEducation.com server ("training server") receives data including but not limited to the data of activities, videos, tests and user responses related to the courses ("training data") taken by the user when the user on the ContinuingEducation.com running over the internet on user's mobile device.<br><br>1. If you have an account on nurse.com, please use that account to sign in. If you don't already have one, please sign up for a user account. Click **"sign up"** or **"log in"** in the upper right hand corner of any page on ContinuingEducation.com.<br>2. Once you have an account and are logged in, find the course you want to take, click on the title of the course, then on **"start course"** button.<br>3. Read or watch the course material. Don't forget to review the course objectives and take note of course tools available to you.<br>4. If the course you have chosen to take includes a clinical vignette, clicking **"start test"** will bring you to that clinical vignette. You will be asked to review the vignette and answer 3 or 4 questions before the continuing education exam. You must answer all questions correctly to proceed. If you answer a question incorrectly, we will provide a clue to the correct answer.<br>5. Once you successfully complete the short test associated with the clinical vignette (if there is one), click, **"continue to exam"** to begin the exam. To earn contact hours, you must achieve a score of 80% on your multiple-choice exam for most courses. For most of our professions, you may retake the test as many times as necessary to pass. Radiology Techs are limited to taking a test three times and may receive credit only once for taking the course. Clues are not provided on the exam. Certificates will be date/time stamped with the time and date of the day the user passes the test (Eastern Standard Time USA - EST).<br>6. After successfully completing your exam click, **"complete required survey"**. In order to complete the test process and officially receive your certificate of completion, you must take a few moments to answer a brief survey about the course material.<br>7. Once survey has been submitted and you are inside your shopping cart, click **"take another course"** to take more tests before checking out or click, **"proceed to checkout"** to confirm billing information.<br>8. After completing the check out process, an order summary page will appear. Click **"View Transcripts"** button you will be able to view all CE transcripts and CE courses taken with Relias.<br>9. Three months after you complete a course, you will receive an e-mail asking you to complete a follow-up survey. This is vital to our educational requirements so we can report our quality outcomes and effectiveness.<br><br>Source: https://www.continuingeducation.com/ce-course-instructions<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] receiving identifying information for the user of a hand held device concurrently with the training data file; | Relias performs the step of receiving identifying information for the user of a hand held device concurrently with the training data file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, ContinuingEducation.com receives email and password ("identifying information") provided by the user to login to ContinuingEducation.com account along with the data of activities, videos, tests and user responses related to the courses ("training data file") taken by the user. |



| | |
|---|---|
| | Source: https://www.continuingeducation.com/ |
| | Source: Screenshot from testing |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4] identifying the user of the hand held device; | Relias performs the step of identifying the user of the hand held device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, ContinuingEducation.com identifies the user using the email and password provided by the user to login into their account. |

| | |
|---|---|
| | 
Source: https://www.continuingeducation.com/

Source: Screenshot from testing

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.5] authenticating the identify of the user of the hand held device by requesting authentication data from the user and comparing the authentication data | Relias performs the step of authenticating the identify of the user of the hand held device by requesting authentication data from the user and comparing the authentication data with a master user identification template containing authentication data associated with the user and accessible by the training server to determine if said comparison authenticates the user's identify as an authorized trainee.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, a user creates an account on ContinuingEducation.com by providing information including but not limited to name, state, email, profession, license and password ("master user identification template") for the account. ContinuingEducation.com authenticates the user while logging in to access his account by comparing the email and password provided at the time of login ("authentication data") to the email and password provided at the time of registration ("master user identification template containing authentication data") and thus allowing access to only the authorized users. |

| | |
|---|---|
| with a master user identification template containing authentication data associated with the user and accessible by the training server to determine if said comparison authenticates the user's identify as an authorized trainee; |  |

| | |
|---|---|
| | 
Source: Screenshot from testing

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6] recording the training data in memory associated with the training server; | Relias performs the step of recording the training data in memory associated with the training server.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, ContinuingEducation.com server ("training server") stores the training data including but not limited to data of activities, videos, tests responses and progress data related to the online courses ("training data") of a user in the memory associated with the server.

1. If you have an account on nurse.com, please use that account to sign in. If you don't already have one, please sign up for a user account. Click **"sign up"** or **"log in"** in the upper right hand corner of any page on ContinuingEducation.com.
2. Once you have an account and are logged in, find the course you want to take, click on the title of the course, then on **"start course"** button.
3. Read or watch the course material. Don't forget to review the course objectives and take note of course tools available to you.
4. If the course you have chosen to take includes a clinical vignette, clicking **"start test"** will bring you to that clinical vignette. You will be asked to review the vignette and answer 3 or 4 questions before the continuing education exam. You must answer all questions correctly to proceed. If you answer a question incorrectly, we will provide a clue to the correct answer.
5. Once you successfully complete the short test associated with the clinical vignette (if there is one), click, **"continue to exam"** to begin the exam. To earn contact hours, you must achieve a score of 80% on your multiple-choice exam for most courses. For most of our professions, you may retake the test as many times as necessary to pass. Radiology Techs are limited to taking a test three times and may receive credit only once for taking the course. Clues are not provided on the exam. Certificates will be date/time stamped with the time and date of the day the user passes the test (Eastern Standard Time USA - EST).
6. After successfully completing your exam click, **"complete required survey"**. In order to complete the test process and officially receive your certificate of completion, you must take a few moments to answer a brief survey about the course material.
7. Once survey has been submitted and you are inside your shopping cart, click **"take another course"** to take more tests before checking out or click, **"proceed to checkout"** to confirm billing information.
8. After completing the check out process, an order summary page will appear. Click **"View Transcripts"** button you will be able to view all CE transcripts and CE courses taken with Relias.
9. Three months after you complete a course, you will receive an e-mail asking you to complete a follow-up survey. This is vital to our educational requirements so we can report our quality outcomes and effectiveness.

Source: https://www.continuingeducation.com/ce-course-instructions |



Source: Screenshot from testing

Source: Screenshot from testing

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.7] locating at least one training file contained within the training data; | Relias performs the step of locating at least one training file contained within the training data.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, ContinuingEducation.com server stores the training data comprising training files including but not limited to data of activities, videos, tests responses and progress data related to the online courses of a user in the memory associated with the server. When a user login to his account, ContinuingEducation.com locates and retrieves the corresponding training data comprising training files of the user. |



| | |
|---|---|
| | <br>Source: Screenshot from testing<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.8] determining status of the training file by comparing the training file with an associated master training template accessible from memory by the training server, the status including a determination if training represented by the training file meets a set criterion including at least one of: pending, incomplete, failed, passed; and | Relias performs the step of determining status of the training file by comparing the training file with an associated master training template accessible from memory by the training server, the status including a determination if training represented by the training file meets a set criterion including at least one of: pending, incomplete, failed, passed.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, ContinuingEducation.com server determines status of the training file by comparing the training file with an associated master training template accessible from memory by the training server such that it tracks user's activities, progress and maintains a record of all the activities completed or is in progress by the user.<br><br><br>Source: Screenshot from testing |

| | |
|---|---|
| | Source: Screenshot from testing<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.9] recording training status in memory. | Relias performs the step of recording training status in memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, ContinuingEducation.com records training status in memory such that it tracks user's activities, progress and all information relating to the user's completion of activities and shows a record of it with certification gained by the user.<br><br>Source: Screenshot from testing |



Source: Screenshot from testing

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

**List Of References**

1. https://www.continuingeducation.com/, last accessed on March 24, 2021.
2. https://www.continuingeducation.com/ce-course-instructions, last accessed on March 24, 2021.
3. https://www.continuingeducation.com/sign-up, last accessed on March 24, 2021.

These allegations of infringement are preliminary and are therefore subject to change.

10. Relias has and continues to induce infringement. Relias has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., payment products and services that facilitate purchases from a vendor using a bridge computer) such as to cause infringement of one or more of claims 1–18 of the '067 patent, literally or under the doctrine of equivalents. Moreover, Relias

has known or should have known of the '067 patent and the technology underlying it from at least the date of issuance of the patent.

11.   Relias has and continues to contributorily infringe. Relias has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., payment products and services that facilitate purchases from a vendor using a bridge computer) and related services such as to cause infringement of one or more of claims 1–18 of the '067 patent, literally or under the doctrine of equivalents. Moreover, Relias has known or should have known of the '067 patent and the technology underlying it from at least the date of issuance of the patent.

12.   Relias has caused and will continue to cause RIGGS damage by direct and indirect infringement of (including inducing infringement of) the claims of the '067 patent.

## IV.   JURY DEMAND

RIGGS hereby requests a trial by jury on issues so triable by right.

## V.   PRAYER FOR RELIEF

WHEREFORE, RIGGS prays for relief as follows:

a.   enter judgment that Defendant has infringed the claims of the '067 patent through Relias payment links;

b.   award RIGGS damages in an amount sufficient to compensate it for Defendant's infringement of the '067 patent in an amount no less than a reasonable royalty or lost profits, together with pre-judgment and post-judgment interest and costs under 35 U.S.C. § 284;

c.   award RIGGS an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

d. declare this case to be "exceptional" under 35 U.S.C. § 285 and award RIGGS its attorneys' fees, expenses, and costs incurred in this action;

e. declare Defendant's infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

f. a decree addressing future infringement that either (i) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in association with Defendant from infringing the claims of the Patents-in-Suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and

g. award RIGGS such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ David J. Hoffman
David J. Hoffman
254 W 15th St., Apt. 2C
New York, New York 10011
djhoffman@djhoffmanlaw.com
(917) 701-3117 (telephone)

William P. Ramey, III (Pro hac vice anticipated)
**Ramey & Schwaller, LLP**
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Riggs Technology Holdings, LLC*