IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RIGGS TECHNOLOGY HOLDINGS, LLC,**<br>      Plaintiff,<br><br>v.<br><br>**RELIAS LEARNING LLC d/b/a CONTINUINGEDUCATION.COM,**<br>      Defendant | **Civil Action No. 1:21-cv-06229-PGG**<br><br><br>**JURY TRIAL DEMANDED** |

### RESPONSE TO ORDER TO SHOW CAUSE

Riggs Technology Holdings, LLC ("Riggs") files this Response to the Order to Show Cause dated November 14, 2023,[1] explaining the why this action should not be dismissed with prejudice. Plaintiff agrees with the Court that this case should be dismissed with prejudice.

Plaintiff hereby requests that this case be dismissed with prejudice.

            Respectfully submitted,

      By: */s/ David J. Hoffman*
            David J. Hoffman
            254 W 15th St., Apt. 2C
            New York, New York 10011
            (917) 701-3117 (telephone)
            djhoffman@djhoffmanlaw.com

            &

            */s/ William P. Ramey, III*
            William P. Ramey, III (Pro Hac Vice anticipated)
            **RAMEY LLP**
            Texas State Bar No. 24027643
            5020 Montrose Blvd., Suite 800
            Houston, Texas 77006
            (713) 426-3923 (telephone)
            (832) 900-4941 (fax)

---

[1] Doc. No. 36.

1

wramey@rameyfirm.com

*Attorneys for Riggs Tecnhology Holdings, LLC*

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 17, 2023, with a copy of the foregoing via email and/or ECF filing.

*/s/ David J. Hoffman*
David J. Hoffman

**MEMO ENDORSED**: The application is granted. The case is dismissed with prejudice. The Clerk of Court is instructed **not** to close the case, however, in light of Defendant's anticipated motion with respect to attorneys' fees.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Date: February 29, 2024

2